[No. 18497-4-II.    Division Two.    June 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON SHAWN MORLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00031-3, George L. Wood, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Morgan, J, concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 18728-1-II.    Division Two.    June 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY RANDALL FOUTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00446-5, Randolph Furman, J., entered October 6, 1994. *Affirmed* by unpublished opinion per Houghton, J, concurred in by Seinfeld, C.J., and Morgan, J.

[No. 19016-8-II.    DivisionTwo.    June 28, 1996.]

*In the Matter of the Marriage of* JILL F. PETERS, *Respondent*, and DALE DAN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 94-3-00008-2, Joel M. Penoyar, J., entered November 28, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 19029-0-II.    Division Two.    June 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY PASCUAL DOMINGO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00714-9, Thomas L. Lodge, J., entered December 15, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.